## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAIM SARWAR,<br>Plaintiff,<br>v.<br>HOTELS AND STUFF, INC., et al,<br>Defendants. | No. 2:20-cv-01393 CB |
| DEBORAH LAUFER,<br>Plaintiff,<br>v.<br>TRIBHUVAN REAL ESTATE LP,<br>Defendant | No. 2:20-cv-01188-MRH |
| SAIM SARWAR,<br>Plaintiff,<br>v.<br>MOHAMMAD,<br>Defendant, | No. 2:20-cv-01391-NR |
| SAIM SARWAR,<br>Plaintiff,<br>v.<br>MILLENIUM HOTELS INC.,<br>Defendant. | No. 2:20-cv-01469-RJC |
| DEBORAH LAUFER,<br>Plaintiff,<br>v.<br>KOVAKEN LLC,<br>Defendant. | No. 3:20-cv-0177-RJC |
| SAIM SARWAR,<br>Plaintiff,<br>v.<br>BEIDMAN, et al,<br>Defendants. | No. 3:20-cv-00210 SLH |

## Plaintiff's Notice of Withdrawal of Motion for Sanctions

Plaintiff, by undersigned counsel, hereby notifies this Court that Plaintiff's Motion for Sanctions filed with this Court on 11/16/2020 is withdrawn.

Dated: November 19, 2020

By: */s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

1

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Tel:  404.276.7277
gillespie.tristan@gmail.com

*Attorneys for Plaintiff*